# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

KEVIN OMAR FRAZER,

    Plaintiff,

vs.                                                                                                                     No. CIV 09-925 MCA/LFG

WARDEN TERRY, et al.,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITH PREJUDICE

    THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed September 21, 2010 [Doc. 19]. The Magistrate Judge recommended that Defendants' Motion for Summary Judgment [Doc. 18] be granted and that the action be dismissed with prejudice. Petitioner did not file objections, and the time for doing so has expired. The Court accepts the Analysis and Recommended Disposition.

    IT IS THEREFORE ORDERED that the Analysis and Recommended Disposition [Doc. 19] of the United States Magistrate Judge is adopted by the Court.

    IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment [Doc. 18] is granted, and this action is hereby dismissed with prejudice.

    SO ORDERED this 29th day of October, 2010, in Albuquerque, New Mexico.

                                                                                                                                         UNITED STATES DISTRICT JUDGE